**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| DC ASSOCIATION OF CHARTERED PUBLIC SCHOOLS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 14-cv-1293 (TSC) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF ENTRY OF APPEARANCE OF COUNSEL

I hereby enter my appearance as counsel for the following amici curiae: The 21st Century School Fund; Senior High Alliance of Parents, Principals, and Educators ("S.H.A.P.P.E."); Mary Filardo; Matthew Frumin; Terry Goings; Ron Hampton; Faith Gibson Hubbard; Cathy Reilly; Sharona Robinson; Victor Reinoso; Pedro Rubio; Nancy Sarah Smith; Stephen Smith; Eboni-Rose Thompson; Martin Welles; and Suzanne Wells.

Dated: June 25, 2015

Respectfully submitted,

 /s/ John E. Heintz
John E. Heintz (DC Bar No. 928929)

DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC  20006-5403
Telephone: (202) 420-5373
Facsimile: (202) 420-2201
heintzj@dicksteinshapiro.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2015 a true and correct copy of the foregoing Notice of Entry of Appearance of Counsel were served upon counsel of record via ECF.

                                             /s/ John E. Heintz
                                             John E. Heintz

DSMDB-3347867 v1