# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DC ASSOCIATION OF CHARTERED PUBLIC SCHOOLS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, et al., <br><br> Defendants. | Civil Action No. 14-cv-1293 (TSC) |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to LCvR 83.6(c) of the Local Rules of this Court, Jodi Trulove respectfully moves this Court to withdraw as counsel for the following amici curiae: The 21st Century School Fund; Senior High Alliance of Parents, Principals, and Educators ("S.H.A.P.P.E."); Mary Filardo; Matthew Frumin; Terry Goings; Ron Hampton; Faith Gibson Hubbard; Cathy Reilly; Sharona Robinson; Victor Reinoso; Pedro Rubio; Nancy Sarah Smith; Stephen Smith; Eboni-Rose Thompson; Martin Welles; and Suzanne Wells.

New counsel, John E. Heintz and Daniel P. Schaefer of Dickstein Shapiro LLP, have entered their appearances on behalf of the amici curiae, and there will be no undue delay in trial of this case or any unfair prejudice to the amici curiae as a result of this substitution of counsel.

Dated: June 25, 2015

Respectfully submitted,

 /s/ Jodi Trulove
Jodi Trulove, Esq. (DC Bar No. 455817)

DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW

Washington, DC   20006-5403
Telephone: (202) 420-4713
Facsimile: (202) 420-2201
trulovej@dicksteinshapiro.com

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2015 a true and correct copy of the foregoing Motion to Withdraw as Counsel, together with the proposed order, were served upon counsel of record via ECF and upon the following amici curiae via email:  The 21st Century School Fund; Senior High Alliance of Parents, Principals, and Educators ("S.H.A.P.P.E."); Mary Filardo; Matthew Frumin; Terry Goings; Ron Hampton; Faith Gibson Hubbard; Cathy Reilly; Sharona Robinson; Victor Reinoso; Pedro Rubio; Nancy Sarah Smith; Stephen Smith; Eboni-Rose Thompson; Martin Welles; and Suzanne Wells.

　　　　　　　　　　　　　　　　　　  /s/  Jodi Trulove
　　　　　　　　　　　　　　　　　　Jodi Trulove