**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DC ASSOCIATION OF CHARTERED PUBLIC SCHOOLS, et al., ) ) ) ) Plaintiffs, ) ) v. ) ) DISTRICT OF COLUMBIA, et al., ) ) Defendants. ) | Civil Action No. 14-cv-1293 (TSC) |

**PROPOSED ORDER**

THIS MATTER having come before this Court upon the Motion to Withdraw as Counsel filed by Jodi Trulove as counsel for amici curiae, and the Court having reviewed the submission of Ms. Trulove and the record, it is hereby

ORDERED, that the Motion to Withdraw is GRANTED.

DONE AND ORDERED this _____ day of _____, 2015.

_____
The Honorable Tanya S. Chutkan
United States District Judge